UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMET BOZASLAN,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Facility; KENNETH C. SMITH, San Diego Field Office Director, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director of Immigration Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States.<br><br>Respondents. | Case No.: 26-cv-161-GPC-DEB<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On January 11, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. In his petition, Petitioner seeks immediate release from custody or, alternatively, a constitutionally adequate bond hearing. ECF No. 1, at 6.

On January 16, 2026, Respondents filed a response to the petition. ECF No. 4. Respondents concede that, in light of the district court's entry of final judgment in

*Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025), Petitioner is detained under 8 U.S.C. § 1226(a) rather than § 1225. Thus, Respondents acknowledge that Petitioner is entitled to an order from this Court directing a bond hearing in accordance with § 1226(a). ECF No. 4, at 1-2.

Accordingly, the Court **GRANTS IN PART** the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

To the extent that Petitioner requests release, such a request is premature. Section 1226 requires only consideration of release on bond, and a bond hearing is therefore sufficient to correct Respondents' ongoing violation of the laws as to Petitioner. *See* 8 U.S.C. § 1226(a). If Respondents fail to comply with this order, Petitioner may seek further relief from the Court at that time.

Accordingly, the Court **ORDERS** Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven (7) days of this Order. Respondents are **ORDERED** to **FILE** a Notice of Compliance within ten days of providing Petitioner with a bond hearing. The Clerk of Court **SHALL** enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED.**

Dated: January 21, 2026

Hon. Gonzalo P. Curiel
United States District Judge

2

26-cv-161-GPC-DEB